## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. A. No. 09- 113- UNA |
| JAMES LARRISON | : |
| **Defendant** | : |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

From in or about August 2008, through in or about February 2009, in the District of Delaware and elsewhere, defendant **James Larrison** knowingly and willfully attempted to export from the United States to the Islamic Republic of Iran, and caused the attempted export to the Islamic Republic of Iran, and caused the attempted supply to the Islamic Republic of Iran, of two Hitachi JU-Z2 Junction Units (camera control box, 8-port multiple television camera control delegation switch), without the required authorization from the Office of Foreign Asset Control, Department of the Treasury, having first been obtained, in violation of Title 50, United States Code, Sections 1702, 1705(a), and 1705(c), and Title 18, United States Code, Section 2, and 31 Code of Federal Regulations, Part 560.

DAVID C. WEISS
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 23 NOV 09