(4)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) ) ) | |
| v. | ) ) | Criminal Action No. 09-113-JJF |
| JAMES LARRISON, | ) ) ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO UNSEAL INFORMATION AND FILE

The United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, moves that the Information and File in this case be unsealed.

DAVID C. WEISS
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: December 14, 2009

AND NOW, to wit, this _15_ day of _December_, 2009, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Information and File in the above-captioned case be unsealed.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge