IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 09-113-JJF |
| JAMES LARRISON, | : | |
| Defendant. | : | |

## MOTION TO CONTINUE INITIAL APPEARANCE AND CHANGE OF PLEA HEARINGS

Defendant, James Larrison, by and through his undersigned counsel, Luis A. Ortiz, hereby moves the Court for an order continuing the Initial Appearance and Change of Plea hearing in this case. In support of the motion, the defense submits as follows:

1. An Initial Appearance and Change of Plea hearing is scheduled for December 17, 2009 at 2:00 p.m.

2. Defense counsel has a scheduled Motion to Suppress and Bail Motion Hearing for another defendant on same date with The Honorable Gregory M. Sleet at 2:15 p.m. This matter was rescheduled due to a lengthy sentencing that took place on Monday of this week.

3. Assistant United States Attorney, David L. Hall, the attorney handling this case for the government, does not oppose this continuance request and in fact was the attorney handling the lengthy sentencing on Monday.

4. The defendant has been consulted and agrees to waive, pursuant to the Speedy Trial Act, any additional time given in which to schedule this change of plea hearing.

WHEREFORE, it is respectfully requested that the Initial Appearance and Change of Plea Hearing in this case be continued until earlier in the day on December 17, 2009 or to another date consistent with the courts calender.

Dated: December 16, 2009

Respectfully Submitted,

/s/ L.A. Ortiz

LUIS A. ORTIZ, ESQUIRE
Assistant Federal Public Defender
800 King Street, Suite 200
Wilmington, Delaware 19801
(302) 573-6010
de_ecf@fd.org

Attorney for Defendant James Larrison

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 09-113-JJF |
| JAMES LARRISON, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Luis A. Ortiz, the undersigned attorney for defendant, hereby certify that on the 16th day of December, 2009, a copy of the foregoing Defendant's Motion to Continue Initial Appearance and Change of Plea Hearings was hand delivered to the box designated in the Clerk's Office to:

David L. Hall, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE   19801

_____
LUIS A. ORTIZ, ESQUIRE
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 09-113-JJF |
| JAMES LARRISON, | : | |
| Defendant. | : | |

## ORDER

In response to the defense request for a continuation of the initial appearance and change of plea hearings in this case, this Court HEREBY ORDERS on this _____ day of _____, 2009, that Defendant Larrison's initial appearance and change of plea hearing be re-scheduled for the _____ day of _____, 2009 at _____ a.m./p.m.

_____
Honorable Joseph J. Farnan, Jr.
Judge, United States District Court